UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LAKEISHA C. GREEN                                                                             PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:24-CV-1-KHJ-MTP

ALLIED FIRST BANK SB, d/b/a Servbank                                                DEFENDANT

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment for Defendant Allied First Bank sb, d/b/a Servbank. The Court dismisses pro se Plaintiff LaKeisha C. Green's claims with prejudice. This case is closed.

SO ORDERED AND ADJUDGED, this 11th day of March, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE